IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAJ K. PATEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-409 (MN) |
| | ) |
| ALPHABET INC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington, this 4th day of April 2024, having considered Plaintiff's pending motions, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to leave to proceed *in forma pauperis* (D.I. 1) is GRANTED.

2. Plaintiff's Motion for Electronic Filing (D.I. 4) is DENIED without prejudice to renew. Plaintiff is advised that, per the CM/ECF Registration/Training section of the Court's website, in order to receive authorization to file electronically, a *pro se* party must indicate in their motion that they have independently reviewed all of the materials and related topics on the Court's web site and that they have a PACER account.

3. Plaintiff's Motion for Electronic Notice (D.I. 5) is DENIED without prejudice to renew. Assuming Plaintiff renews his Motion for Electronic Filing, and those rights are granted, he will automatically receive notices of electronic filing. If Plaintiff does not renew his Motion for Electronic Filing, or if that motion is denied, he may refile his Motion for Electronic Notice for the Court's consideration.

_____
The Honorable Maryellen Noreika
United States District Judge